# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**ROBERT MCKINNON, III,**

    *Petitioner,*

v.     **CASE NO. 1:16-cv-00256-MP-GRJ**

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**

    *Respondent.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation ECF No. 12.  The petitioner objected at ECF No. 16.  Having considered the Report and Recommendation, I have determined that the Report should be accepted.  The Court agrees that the petition is successive and that petitioner has not received an order from the Eleventh Circuit authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).  Accordingly,

    IT IS ORDERED:

    ECF No. 6, the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED and all pending motions are terminated. A certificate of appealability is denied.

    **SO ORDERED on November 2, 2016.**

                                    *s/Mark E. Walker*  
                                    **United States District Judge**